Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _Oregon_____          filed  4/9/2026  gd

Portland_____ Division

Aaron T. Gee

)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Multnomah County, Portland, Oregon Detention and Jail
facilities, for the State of Oregon

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **3:26-CV-00711-YY**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes    ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

116422

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Aaron T. Gee |
| Address | held at, 1120 S.W. 3rd Avenue, fifth (5)floor |
| | Portland          OR |
| | *City*          *State*          *Zip Code* |
| County | Multnomah |
| Telephone Number | |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sheriff of the Multnomah County Jail |
| Job or Title *(if known)* | |
| Address | 1120 S.W. 3ʳᵈ AVE. |
| | PORTLAND          OR.          97204 |
| | *City*          *State*          *Zip Code* |
| County | Multnomah |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Detective Hubbard |
| Job or Title *(if known)* | DETECTIVE |
| Address | UNKNOWN |
| | Portland          OR |
| | *City*          *State*          *Zip Code* |
| County | Multnomah |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name    DEMONTAE SANDERS

Job or Title *(if known)*    ALLEGED VICTIM

Address    UNKNOWN

| | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name    JENNIFER L. PIERCE

Job or Title *(if known)*    INVESTIGATIVE REPORTER

Address    UNKNOWN

| | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Maranda, and Probable Cause, false and fraudulent arrest (BY RACIAL PROFILING OF THE PLAINTIFF

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
ON OR ABOUT, February 5th or 6th,2026, in , near or at the alleged "Horseshoe Motel/Hotel," located at 11324 N.E. Sandy Boulevard, Portland, Oregon.

B.     What date and approximate time did the events giving rise to your claim(s) occur?
Dates are in discrepancy, times are in dispute, and the Plaintiff, denies any involvement

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
RACIAL PROFILING AND DISCRIMINATION, WITH THE UNLAWFUL, UNCONSTITUTIONAL ARREST AND DETENTION OF TWO(2) alleged "Black-Males" Given No "MARANDA", NO PROBABLE CAUSE AND HELD IN VIOLATION OF PAROLE VIOLATION CONTINGENT ON CONVICTION FOR UNWARRANTED CONTACT WITH LAW ENFORCEMENT AGENTS AND SUBSEQUENT ARREST BY THESE "LAW ENFORCEMENT AGENTS HAVING NO PROBAB;E CAUSE"

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MORE THAN SIXTY (60) DAYS IN UNLAWFUL DETENTION AND STILL HOLDING COUNTING THE FALSE, UNLAWFUL, UNCONSTITUTIONAL DETENTIONL..

VICTIM(S) STATEMENTS CONTRADICTS "POLICE REPORTS" AND ADDED STATEMENT(S). VICTIM No. #1, STATES SHE WAS SHOT AT PARTY AND VICTIM No. #2, STATE, HE KNEW HIS ASSAILANT TO BE "JAY MONEY" PLAINTIFF WAS ARRESTED TEN (10) BLOCKS, SEVERAL HOURS, AFTER ALLEGED CRIME AND AWAY FROM CRIME AREA, RACIAL PROFILE ARREST.

DURESS AND COERCION PRACTICE, BY SUBJECTING THE PETITIONER TO SOLITARY CELL CONFINEMENT TO PRESSURE A CONVICTION TO BREAK THE MIND AND BODY AND SOUL TO PLEAD GUILTY TO GET RELEASE/RELIEF FROM THE SOLITARY STATUS,

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

RELEASE AND COMPENSATION FOR THE "GROSS LIBERTY INFRINGEMENT, VIOLATIONS AND RACIAL PROFILING, TO PREVENT MORE OTHER OCCURRENCES HAPPENING SO FREQUENTLY TO AFRICAN AMERICAN (BLACK-MALES) IN THE STATE OF OREGON..

LIBERTY IS INDEED PRICELESS AND PLAINTIFF WOULD SEEK TEN(10) THOUSAND DOLLARS FOR EACH DAY DENIED FREEDOM AND PUNITIVE DAMAGES IN THE DISCRETION OF THE COURT AND CONSTITUTIONAL MANDATES

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _Oregon_

County of _Multnomah_  } ss.

On this the ___9___ day of _April_, _2026_, before me,
         Day                    Month              Year

_John Maronde_, the undersigned Notary Public,
         Name of Notary Public

personally appeared _Dye Head_,
                                    Name(s) of Signer(s)

☐ personally known to me – **OR** –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

OFFICIAL STAMP
JOHN MARONDE
NOTARY PUBLIC - OREGON
COMMISSION NO. 1055230
MY COMMISSION EXPIRES JANUARY 14, 2029

WITNESS my hand and official seal.

_____
Signature of Notary Public

_____

_Place Notary Seal/Stamp Above_

_Any Other Required Information_
_(Printed Name of Notary, Expiration Date, etc.)_

─────── **OPTIONAL** ───────

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    04/09/2026

Signature of Plaintiff

Printed Name of Plaintiff    AARON T. GEE

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

**IN THE MULTNOMAH COUNTY CIRCUIT COURT**

**IN AND FOR, THE FOURTH(4TH) JUDICIAL DISTRICT**

**OF THE OREGON JUDICIAL DEPARTMENT**

**Aaron Gee,**

        **Petitioner/Defendant,**

    **-V-**                                      **Case No.: 26-CR- 07546**

**The State of Oregon,**

        **Respondent/Plaintiff.**

_____/

**THE PETITION FOR EXTRAORDINARY RELIEF**

**A WRIT OF HABEAS CORPUS**

---

**Comes now,** the Petitioner, Aaron Gee, by and through his attorney/counsel esquire, Sean McGuire, for Good Cause and in Good Faith, files this petition seeking extraordinary relief and claim opposition and challenge to an unconstitutional detention, of the Petitioner/ alleged defendant Mr. Aaron Gee.

### CAUSE

Initially, **MIRANDA,** fail to attach in the process of Mr. Gee's, arrest, custody and detention. Both, Multnomah County's Law Enforcement agents fail to also establish a plausible valid "Statement of Facts" and/or "Probable Cause" that would; does pass "Constitutional Muster", as required to proceed. Mr. Gee's Civil Rights have, were and continue to be oppressed.

### STATEMENT OF THE RELEVANT FACTS:

On February 6th, 2026, the Petitioner, Aaron Gee; also relevant, a community supervised Parole releasee, was accosted, arrested, apprehended, taken into custody on suspicion, on or in the vicinity, ten(10) blocks, away of (11324 N.E. Sandy Boulevard, Multnomah County, Oregon, allegedly meeting the description of one(1) of four(4) suspects/offenders of the Laws and Dignity of the County of Multnomah, for the State of Oregon.

**RELEVANT** and **MATERIAL:** The alleged suspect(s) Law Enforcement officials were seeking to detain were described (I.D.) merely as **BLACK** "male #1 and #2". There fail to be a viable

explanation in the Agent's written account, report, that would distinquish either "black male(s)" from any and/or other black males that were in or near the vicinity of the alleged crime scene, near the aforementioned location, public accessed; that is, a description of physical attributes in support of alleged probable cause, [light-skin, dark-skinned, hair style, facial or head, weight, height, built or other characteristics, defining traits or disabilities, that would satisfy the probable cause mandate(s) in accordance with the Constitutional requirement(s) outlined for/under Racial Profiling, simply "Black Male(s)" is unacceptable, lacks sufficiency to support a sworn to, Affidavit of Probable Cause...

**FURTHER;** the Law Enforcement Agent/Official fail to base either the supporting "Statement of Facts" upon which the Agent alleges (His or Her) Probable Cause Statement Document lacks or fail to include FACT(s).

**FACTS,** are verifiable proofs, and include names, dates, times, witnesses and other supported evidence. Not the case herein questioned/claimed. The Report, is premised in "Hearsay" and states, on February 5th, 2026, the Petitioner was taken into custody on February 6th, 2026, more than, ten (10) blocks away from the alleged crime scene, no motive nor alleged crime had been reported. The property manager states "NO CRIME HAD OCCURRED ON HIS PREMISES", as claimed; Approximately (7:30 a.m.) February 6th,2026. [Published February 6th,2026]

The arrest News, Press statements, Mr. Gee, the Petitioner, was accosted/arrested, detained, taken into custody on February 6th,2026, not the 5th, as alleged, ten (10) blocks away from the scene/scenario, fabrication/masquerading as "FACTS" without sustaining evidence, no weapon, firearm, or offense, offensive behavior to Law Enforcement or the Laws and Dignity of the State of Oregon; unless, Petitioner being (Black) is material evidence.

The alleged "Probable Cause Statement" is predicated on the aforementioned statement(s) of Hearsay, as well as , the Law Enforcement Agent's (**BELIEF),** as evident in the initial biased statement of the officer/official composing the Report, record, the fact(s) written "I have probable Cause to believe". The Official has over-reached his authority, purview, in making such a determination a Judicial Finding, based on facts. The offenses accused may not, cannot be solely predicated on /in the view of the biased person making the arrest, nor the person/agent composing the Report would be prejudicial to the accused. Probable Cause **MUST,** Mandatory, be based, premised, predicated and supported by-with "Proof", evidence, unbiased tender, examination of the facts.

Absent such, proof positive, legal, lawful Constitutional entitlements, protections Probable Cause is warranted, a Judicial Call and remains in the purview of the Court(s), a mindful conclusion under Law and in accordance with "Due Process Protection" ... [A] the arresting/partial Official agent exercising his or her duties as servants of the People, as in this case may prove to be or have a prejudice, contempt, toward the Petitioner's Civil Rights claim and a right to a fair, impartial trial proceeding outcome by interjecting and with holding proof, as the Agent stated, " I have Probable Cause to Believe", the Agent's belief is irrelevant, not

material and does not qualify as Probable Cause under color of Law. If as stated, He or she has evidence to substantiate, prove Probable Cause, then, He or she acting in their official capacity must, needs to come forth with the substantial proof, as required, not Hearsay, speculation nor His or Her "Belief(s)." Our Courts are established and serve the County, the People, the State and the Accused, as well as, the Victims, facts, evidence, proofs of the disputes, not mere allegations, accusatory statements, assumptions, hearsay, not personal beliefs are weighted.

A Travesty of Justice, fairmindedness and lack of equal protection under Due Process has been egregiously committed based on Racial Profile. A breach of Petitioner's right to Liberty. The Reporting statements alleges The Petitioner voluntarily admitted on February 6th,2026, that "He shot somebody" in not truthful nor admissible, realistic, plausible, dates and times are dubious. The discrepancies are too vast to be plausible, evident of more interjection, manufacturing and conjure of Facts, statements to be used as evidence in the pre-lynching stage supported by Hearsay, the Person of Mr. Gee, the Petitioner, Pled "Not Guilty" before the Court.

## HABEAS CORPUS:

Habeas Corpus, will lie to bring Light and Truth to these proceedings and is the proper method, Petition to remedy an unconstitutional detention, challenging the legality of an arrest, detention and thirteen (13) and fourteenth (14) AMENDMENTS Right to bail, to liberty, due process of law, adequate competent, effective Representation, the Petitioner, has suffered prejudice and possible **BRADY,** violation(s) as Discovery has not been transparent and with-held to the Petitioner's detriment. Not due, nor is reflection of Counsel provided, as the System is indeed over-populated, over-taxed with alleged and actual crime(s) being perpetuated mistakes will and are going occur. The Petitioner's Claims are on Record and curable.

**DONE AND SUBMITTED,** This____09____day of ____April____2026.

Respectfully Submitted

STATE OF OREGON

COUNTY OF MULTNOMAH

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT AND SEARCH WARRANT

*COPY OF ORIGINAL*

I, Jennifer Pierce, DPSST #45896, upon my oath, do hereby depose and say I am a certified police officer in the State of Oregon who is authorized to apply for a search warrant pursuant to ORS 133.545(5). I am currently assigned as a Detective with the Enhanced Community Safety Team (ECST). I have been a sworn peace officer for the Portland Police Bureau since July 2005 and hold an advanced certification in law enforcement through the Department of Public Safety Standards and Training (DPSST). I have a B.A. in Psychology from California State University at San Francisco. I have received over 1500 hours of law enforcement training. I worked as a Patrol Officer from 2005 to 2021 and during this time, I investigated numerous felony level crimes which included illicit drugs, sexual assaults, assaults, burglaries, thefts, frauds, and identity theft. I have received training from the Multnomah County District Attorney's Office and the United States Attorney's Office for the District of Oregon in search and seizure laws related to criminal investigations. These investigations have routinely involved the collection, search and analysis of various types of physical evidence, trace evidence, to include DNA samples, computers, cell phone and other electronic data. I am familiar with the methodology used to conduct these investigations. I have testified about these investigations in many court proceedings. I was promoted to Detective in July of 2021.

## SUMMARY

That, in this capacity, I am investigating the attempted murder of MICHELLE RICHARDSON and DE MONTAE SANDERS on February 5th, 2026, at approximately 10:57 pm at 11324 NE

1

Sandy Blvd., #38, in city of Portland, Multnomah County, Oregon, and reported under PPB case number 26-36219. I am investigating the crimes of Attempted Murder in the Second Degree with a firearm as defined in ORS 163.115, Attempted Assault in the First Degree as defined in ORS 163.185, Unlawful Use of a Weapon with a Firearm as defined in ORS 166.220, and Felon in Possession of a Weapon – Firearm as defined in ORS 166.270.

My knowledge of the matters contained in this affidavit is based on my personal involvement in the investigation and my review of official reports, and surveillance video associated with this case.

This affidavit is intended to provide probable cause to support the issuance of a search warrant and does not set forth all the information acquired during the course of this investigation. I have probable cause to believe one or more objects of this requested search warrant relates to an offense triable in Multnomah County, Oregon.

**FACTS SUPPORTING PROBABLE CAUSE**

That, in this capacity, I am investigating the assault and attempted murder of MICHELLE RICHARDSON and DE MONTAE SANDERS on February 5th, 2026, at approximately 10:57 pm at 11324 NE Sandy Blvd., #38, in city of Portland, Multnomah County, Oregon, and reported under PPB case number 26-36219.

I am seeking a search warrant for a blue 2005 Chevy Colorado displaying Oregon license plates 158CZN, with Vehicle Identification Number (VIN) 1GCCS136758234741 (hereinafter referred to as Chevy).

This affidavit establishes probable cause that evidence of the crimes of Attempted Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), and Unlawful Use of a Weapon with a Firearm (ORS 166.220), and Felon in

Verified Correct Copy of Original 2/9/2026.

2

Verified Correct Copy of Original 2/9/2026.

Possession of a Weapon – Firearm as defined in ORS 166.270 will be found in the Chevy.

My belief is based on my review of Portland Police Reports and body worn camera footage related to this case, reviewing crime scene photos, and observations from watching video surveillance related to this incident.

This affidavit is intended to provide probable cause to support the issuance of a search warrant and does not set forth all of the information acquired during the course of this investigation. I have probable cause to believe one or more objects of this requested search warrant relates to an offense triable in Multnomah County, Oregon.

## STATEMENT OF FACTS

On February 5th, 2026, at approximately 10:57 pm while working in an on-call capacity assigned to the Enhanced Community Safety Team (ECST), I was contacted by Sergeant Speer regarding an injury shooting at 11324 NE Sandy Blvd., #38, which is the Horseshoe Inn. I learned two victims, MICHELLE RICHARDSON and DE MONTAE SANDERS, had been transported to Emanuel Hospital due to injuries sustained in the shooting. RICHARDSON was shot in the arm and required emergency medical care. SANDERS was shot in the abdomen and had to be taken into emergency surgery.

Upon arrival at the shooting scene, my partner Detective Hubbard and I were briefed by responding officers. Detective Hubbard and I walked the crime scene, and I observed the shell casings both inside #38 and on the walkway just outside that room.

I saw the blue Chevy parked in the parking lot at 11324 NE Sandy Blvd. with yellow crime scene tape around it. I was told by officers on scene that this vehicle was involved with the suspects.

At the scene I spoke with Officer Hanson who watched the video with witness KENAN PATEL, who is the owner of the Horseshoe Inn. He told me that he saw two black males coming and

3

going from #38 to the Chevy after four shots are heard and before other residents of the motel rush to render aid to the two victims in #38. He described them as follows:

Male #1 was described as a black male, wearing a white hoody, blue jeans, and red shoes. He was later identified as AARON GEE.

Male #2 was described as a black male wearing a black hoody and white shoes. He was later identified as JOSEPH ALLEN.

Officer Hanson told me that he watched the video surveillance from the location. He saw the Chevy arrive and park in the lot at 10:47 pm. He saw a white female get out of the driver's seat, go over to #23 and knock on the door. Following that, the female goes over to #38. The female and ALLEN leave #38, return to the Chevy and sit inside. Officer Hanson heard four shots on the video and then GEE exits #38. GEE goes over to the Chevy and talks to the female and ALLEN who is sitting in the front passenger seat for a few minutes while the window is open. ALLEN then goes back to #38, goes inside, comes back out quickly holding the bags. ALLEN goes back to the Chevy and then the female, ALLEN and GEE all leave the area on foot. The Chevy remained in the parking lot and was still there when police arrived.

I learned from Detective Hubbard who interviewed ALLEN, that ALLEN admitted to returning to #38 after learning somebody had been shot. He told Detective Hubbard that he wanted to get his bags because he knew cops would be coming and he had a warrant. He also told Detective Hubbard he placed the two bags inside the Chevy before leaving the scene.

ALLEN and GEE were later seen in the area close by and detained by Ofc. Soler. Ofc. Soler initially saw ALLEN and GEE together and thought they matched the descriptions of the suspects.

Detective Hubbard interviewed GEE at the scene and GEE told him, "I shot somebody...I told you that." GEE also said, "Somebody shot me." There was no evidence of injuries by gunfire to GEE. GEE also said that he threw the gun somewhere in the area, but the gun remains

Verified Correct Copy of Original 2/9/2026.

4

Verified Correct Copy of Original 2/9/2026.

outstanding at this time.

I learned from the Law Enforcement Data System (LEDS) that GEE (AKA, JAMAR MARTEL SMITH), FBI #985710LB5, Oregon SID #15389986, was convicted of two counts of Assault in the Second Degree on 2/16/2006 in Multnomah County, Oregon, which are felony crimes.

## TRAINING AND EXPERIENCE

I know from training and experience that firearms and firearm accessories are valuable commodities that are kept for long periods of time. I know it is common practice among persons who legally or illegally possess firearms to secrete the firearms upon their person; within their residence; within the boundaries of the curtilage of their residence; within storage units/detached garages associated to their residence; and their vehicles.

I know from my training and experience that persons involved in the possession of firearms will often times leave items of evidence to include clothing, firearms, firearm accessories, cell phones, items of identification, documents, electronic devices that can be used to identify the possessors of firearms, and trace evidence inside residences, storage units/detached garages, or vehicles. I know these types of evidence can be used to identify the persons committing this crime. I know from my training and experience that this trace evidence includes, but is not limited to, blood, saliva, skin cells, DNA, body fluids, hair, fabric fibers, and fingerprints.

I know from my training and experience that firearms and firearm accessories such as, but not limited to, the firearms themselves, ammunition, shell casings, bullets, magazines, cleaning equipment, holsters, gun boxes and cases, safes and lock boxes, trigger locks, gun parts and tools, targets, receipts, and bills of sale, are relevant to the possession, dominion, and control of a firearm. I know from my training and experience that people who possess firearms will often inadvertently document this possession through photographs, videotape, electronic memories and personal correspondence.

I know from my training and experience that, during the course of most searches of residences or

5

Verified Correct Copy of Original 2/9/2026.

vehicles, items of identification such as letters, bills, rent receipts, checks, check stubs, professional licenses, driver's licenses, identification cards, school identification cards, tax records, and the like are discovered and are relevant to the issue of identity of the possessor of the firearms and firearms accessories found.

I know from my training and experience that it is common for persons to store valuable commodities in safes to prevent theft. I also know that it is common for persons involved in criminal activity to store firearms, narcotics, and other forms of contraband in safes to secure these items in an attempt to prevent theft and detection by law enforcement.

I know from training and experience that the Oregon State Police (OSP) Forensic Laboratory can perform forensic examinations of bullets, casings, guns, and ammunition to ascertain if the characteristics are similar, and whether bullets and casings came from a particular firearm. I know from training and experience that the OSP Forensic Laboratory can conduct scientific analyses of firearms, shell casings, clothing, fabrics, and other items of evidence for body fluids and cellular matter that contain DNA profiles. I know the OSP Forensic Laboratory can compare those profiles to standards collected form the oral swabs, or blood standards, of a subject to determine if the subject is the sole or combined contributor of the genetic markers left on the evidence.

I know from training and experience that human DNA is often considered evidence, which is helpful in furthering criminal investigations. I know DNA is often located and/or extracted from items such as hair, blood, sweat, skin cells, and other bodily substances. I know these items are often left at the scene of a crime, or found in trace quantities on evidence such as, but not limited to, weapons and clothing. I know from training and/or experience, and conversations with the OSP Forensic Laboratory staff and forensic scientists, Portland Police Bureau criminalists and detectives, that the OSP Forensic Laboratory can make comparisons of DNA evidence to link DNA evidence to known suspects, victims, and/or evidence. Furthermore, I know DNA standards from suspects are needed for the forensic analysis of evidence seized in this case. I also know that if recovered, firearms can be swabbed for DNA which can be compared to DNA standards taken from suspects.

6

Verified Correct Copy of Original 2/9/2026.

I know through my training and experience the Oregon State Police Forensic Laboratory can make comparisons of DNA profiles to link DNA evidence to a known suspect(s). Furthermore, I know through my training and experience the Oregon State Police Forensic Laboratory needs known DNA standards from the suspect(s) to facilitate comparisons. I know through my training and experience as a Portland Police Bureau Detective, and from conversations with Oregon State Police forensic scientists, that items of evidence, such as swabs taken from the mouth or blood samples taken from the body of a criminal suspect can be compared to trace evidence left on surfaces where suspects sometimes deposit saliva, blood, and other biological trace evidence, as well as being compared against DNA profiles maintained in the Oregon State Police Crime Lab DNA databases and other National DNA databases such as CODIS.

I know through my training and experience the OSP Forensic Laboratory will not positively identify the DNA from evidence samples as belonging to an offender until a DNA sample with a verifiable chain of custody is provided to them for analysis and comparison. I know through my training and experience dealing with DNA evidence that oral swabs are the preferable form of DNA collection, but a blood sample is acceptable if oral swabs are not possible or practical. Furthermore, I know through my training and experience that the collection of oral swabs is one of the least invasive methods of DNA collection available to investigators.

## PROBABLE CAUSE STATEMENT

Based upon the above information, I have probable cause to believe that the crimes of Attempted Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a Firearm (ORS 166.220), and Felon in Possession of a Weapon – Firearm (ORS 166.270) occurred on February 5th, 2026, at approximately 10:57 pm, at 11324 NE Sandy Blvd., #38, in city of Portland, Multnomah County, Oregon. I have probable cause to believe evidence of these crimes will be located in the blue 2005 Chevy Colorado displaying Oregon license plates 158CZN, with Vehicle Identification Number (VIN) 1GCCS136758234741.

Verified Correct Copy of Original 2/9/2026.

## PRAYER FOR WARRANT

Therefore, based on the foregoing facts that I have related, I am seeking a search warrant for a blue 2005 Chevy Colorado displaying Oregon license plates 158CZN, with Vehicle Identification Number (VIN) 1GCCS136758234741.

This affidavit establishes probable cause that evidence of the crimes of Attempted Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a Firearm (ORS 166.220), and Felon in Possession of a Weapon – Firearm (ORS 166.270) will be found in the Chevy.

Further, I request the Court issue a search warrant authorizing myself and/or agents assisting me to:

- blue 2005 Chevy Colorado displaying Oregon license plates 158CZN, with Vehicle Identification Number (VIN) 1GCCS136758234741.

For evidence in violation of Attempted Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a Firearm (ORS 166.220), and Felon in Possession of a Weapon – Firearm (ORS 166.270);

- Further, you are commanded to seize and search a blue 2005 Chevy Colorado displaying Oregon license plates 158CZN, with Vehicle Identification Number (VIN) 1GCCS136758234741.

For and to seize, search and test the following:

1) Handguns to include a 9 mm caliber semi-automatic handgun, ammunition, shell casings, bullets, magazines, cleaning equipment, holsters, gun boxes and cases, trigger locks, gun safes, gun parts and tools, targets, receipts, and bills of sale;

8

2) Identifying documents to include identification cards, credit and debit cards, receipts, driver licenses, photographs, journals, notebooks, handwritten notes, bills and mail;

3) A black duffle bag;

4) A black backpack;

And to seize, search, photograph, test, and analyze the aforesaid objects of the search for the State of Oregon, County of Multnomah.

Further, I request the Court issue a search warrant authorizing myself and/or agents assisting me to:

- blue 2005 Chevy Colorado displaying Oregon license plates 158CZN, with Vehicle Identification Number (VIN) 1GCCS136758234741.

I request the ability to deliver the seized fired shell casings, fired bullets, bullet fragments and any trace or DNA evidence to the OSP Forensic Laboratory for analysis of the aforesaid objects, and request a reasonable amount of time for the analysis.

I request that this warrant be executed immediately from the date of issuance.

_Detective Jennifer L. Pierce (Affiant)_

SUBSCRIBED AND SWORN TO before me on this 6th day of February, 20 26, at approximately 7 : 05 am/pm.

_Judge_

**Hon. Jeffrey D. Auxier**

7:05 AM, Feb 6, 2026

IN THE MULTNOMAH COUNTY CIRCUIT COURT

IN AND FOR, THE FOURTH(4TH) JUDICIAL DISTRICT

OF THE OREGON JUDICIAL DEPARTMENT

Aaron Gee,

        Petitioner/Defendant,

  -V-                               Case No.: 26-CR- 07546

The State of Oregon,

        Respondent/Plaintiff.

_____/

## THE PETITION FOR EXTRAORDINARY RELIEF

## A WRIT OF HABEAS CORPUS

**Comes now,** the Petitioner, Aaron Gee, by and through his attorney/counsel esquire, Sean McGuire, for Good Cause and in Good Faith, files this petition seeking extraordinary relief and claim opposition and challenge to an unconstitutional detention, of the Petitioner/ alleged defendant Mr. Aaron Gee.

### CAUSE

Initially, **MIRANDA,** fail to attach in the process of Mr. Gee's, arrest, custody and detention. Both, Multnomah County's Law Enforcement agents fail to also establish a plausible valid "Statement of Facts" and/or "Probable Cause" that would; does pass "Constitutional Muster", as required to proceed.  Mr. Gee's Civil Rights have, were and continue to be oppressed.

### STATEMENT OF THE RELEVANT FACTS:

On February 6th, 2026, the Petitioner, Aaron Gee; also relevant, a community supervised Parole releasee, was accosted, arrested, apprehended, taken into custody on suspicion, on or in the vicinity, ten(10) blocks, away of (11324 N.E. Sandy Boulevard, Multnomah County, Oregon, allegedly meeting the description of one(1) of four(4) suspects/offenders of the Laws and Dignity of the County of Multnomah, for the State of Oregon.

**RELEVANT** and **MATERIAL:**  The alleged suspect(s) Law Enforcement officials were seeking to detain were described (I.D.) merely as **BLACK** "male #1 and #2".  There fail to be a viable

explanation in the Agent's written account, report, that would distinquish either "black male(s)" from any and/or other black males that were in or near the vicinity of the alleged crime scene, near the aforementioned location, public accessed; that is, a description of physical attributes in support of alleged probable cause, [light-skin, dark-skinned, hair style, facial or head, weight, height, built or other characteristics, defining traits or disabilities, that would satisfy the probable cause mandate(s) in accordance with the Constitutional requirement(s) outlined for/under Racial Profiling, simply "Black Male(s)" is unacceptable, lacks sufficiency to support a sworn to, Affidavit of Probable Cause...

**FURTHER;** the Law Enforcement Agent/Official fail to base either the supporting "Statement of Facts" upon which the Agent alleges (His or Her) Probable Cause Statement Document lacks or fail to include FACT(s).

**FACTS,** are verifiable proofs, and include names, dates, times, witnesses and other supported evidence. Not the case herein questioned/claimed. The Report, is premised in "Hearsay" and states, on February 5th, 2026, the Petitioner was taken into custody on February 6th, 2026, more than, ten (10) blocks away from the alleged crime scene, no motive nor alleged crime had been reported. The property manager states "NO CRIME HAD OCCURRED ON HIS PREMISES", as claimed; Approximately (7:30 a.m.) February 6th,2026. [Published February 6th,2026]

The arrest News, Press statements, Mr. Gee, the Petitioner, was accosted/arrested, detained, taken into custody on February 6th,2026, not the 5th, as alleged, ten (10) blocks away from the scene/scenario, fabrication/masquerading as "FACTS" without sustaining evidence, no weapon, firearm, or offense, offensive behavior to Law Enforcement or the Laws and Dignity of the State of Oregon; unless, Petitioner being (Black) is material evidence.

The alleged "Probable Cause Statement" is predicated on the aforementioned statement(s) of Hearsay, as well as , the Law Enforcement Agent's (**BELIEF),** as evident in the initial biased statement of the officer/official composing the Report, record, the fact(s) written "I have probable Cause to believe". The Official has over-reached his authority, purview, in making such a determination a Judicial Finding, based on facts. The offenses accused may not, cannot be solely predicated on /in the view of the biased person making the arrest, nor the person/agent composing the Report would be prejudicial to the accused. Probable Cause **MUST,** Mandatory, be based, premised, predicated and supported by-with "Proof", evidence, unbiased tender, examination of the facts.

Absent such, proof positive, legal, lawful Constitutional entitlements, protections Probable Cause is warranted, a Judicial Call and remains in the purview of the Court(s), a mindful conclusion under Law and in accordance with "Due Process Protection" ... [A] the arresting/partial Official agent exercising his or her duties as servants of the People, as in this case may prove to be or have a prejudice, contempt, toward the Petitioner's Civil Rights claim and a right to a fair, impartial trial proceeding outcome by interjecting and with holding proof, as the Agent stated, " I have Probable Cause to Believe", the Agent's belief is irrelevant, not

material and does not qualify as Probable Cause under color of Law. If as stated, He or she has evidence to substantiate, prove Probable Cause, then, He or she acting in their official capacity must, needs to come forth with the substantial proof, as required, not Hearsay, speculation nor His or Her "Belief(s)." Our Courts are established and serve the County, the People, the State and the Accused, as well as, the Victims, facts, evidence, proofs of the disputes, not mere allegations, accusatory statements, assumptions, hearsay, not personal beliefs are weighted.

A Travesty of Justice, fairmindedness and lack of equal protection under Due Process has been egregiously committed based on Racial Profile. A breach of Petitioner's right to Liberty. The Reporting statements alleges The Petitioner voluntarily admitted on February 6th,2026, that "He shot somebody" in not truthful nor admissible, realistic, plausible, dates and times are dubious. The discrepancies are too vast to be plausible, evident of more interjection, manufacturing and conjure of Facts, statements to be used as evidence in the pre-lynching stage supported by Hearsay, the Person of Mr. Gee, the Petitioner, Pled "Not Guilty" before the Court.

## HABEAS CORPUS:

Habeas Corpus, will lie to bring Light and Truth to these proceedings and is the proper method, Petition to remedy an unconstitutional detention, challenging the legality of an arrest, detention and thirteen (13) and fourteenth (14) AMENDMENTS Right to bail, to liberty, due process of law, adequate competent, effective Representation, the Petitioner, has suffered prejudice and possible **BRADY,** violation(s) as Discovery has not been transparent and with-held to the Petitioner's detriment. Not due, nor is reflection of Counsel provided, as the System is indeed over-populated, over-taxed with alleged and actual crime(s) being perpetuated mistakes will and are going occur. The Petitioner's Claims are on Record and curable.

**DONE AND SUBMITTED,** This 09 day of April 2026.

Respectfully Submitted

_____

**THE ATTACHED "COPY OF (BASIS FOR PROBABLE CAUSE)"**

This alleged (NEW) enhanced "Basis for Probable Cause" is a Power-Point, computer generated document that the Law Enforcement Agency has manufactured to use as a replacement for the original (FLAWED Document) after we have alleged RACIAL PROFILING raised the issues surrounding the original, as having no description of either "Black-Male"...

The Petitioner has been in confined unlawful unconstitutional custody at the Multnomah County Detention Center, under the purview of the District Attorney's Office for well over sixty(60) days, more than, ample/enough time, and observation period to describe the Petitioner/Defendant's physical attributes in this (NEW) probable cause Document that is unconstitutionally, as well as, fraudulently manufactured to Alter, Doctor, Change and attempt Corrections initially complained.

## Basis for Probable Cause

- **Eyewitness identification of the shooter's conduct:** A witness inside Room 38 described a Black male (approx. six feet tall, dark skin, black beard, baseball cap, black jacket, blue jeans) pulling a gun from his waistband and firing alternating shots at two victims, directly describing the shooting as it occurred.

- **Surveillance video linking suspects, location, timing, and vehicle:** Motel video showed two Black male suspects associated with Room 38; four gunshots were recorded at 22:58. Immediately afterward, one male exited Room 38 clutching his waistband and went to a blue Chevrolet Colorado, while the second male entered Room 38, retrieved two backpacks, and placed them in the truck; both later walked away. The motel owner associated the blue 2005 Chevrolet Colorado (OR/158CZN) with the suspects and a room at the motel, which was broadcast to officers.

- **On-scene detention of a suspect matching broadcast descriptions near in time and place:** Shortly after the shooting, officers located two males nearby; one matched the circulated description (Black male, bald with facial hair, light-colored top, red shoes) and was detained as Aaron Gee. A K-9 officer observed what appeared to be fresh blood on the front lower left of his shirt and upper left jeans.

- **Spontaneous inculpatory statements by the suspect:** While detained, the male made unprompted statements including "I fucked up," "I shot somebody," and offered to show where he discarded the gun near the motel's gate/bushes.

- **Physical and forensic corroboration at the scene and along the flight path:** Investigators recovered multiple 9mm shell casings, bullet fragments, and bullet defects in and around Room 38, consistent with multiple shots fired. A white hooded sweatshirt with blood was found near NE Wygant and NE 112th along an apparent flight path from the motel.

- **Victim injuries consistent with a recent shooting:** Medical records reflect penetrating gunshot wounds (right forearm and right flank) and hypotension consistent with the reported shooting.

- **Conclusion:** The eyewitness account, time-stamped surveillance linking the suspects to Room 38 and a blue Chevrolet Colorado, rapid proximity-based detention matching broadcast descriptions, the suspect's spontaneous admissions to shooting and discarding the firearm, recovery of corroborating ballistic and blood evidence, and documented gunshot injuries together establish a fair probability that Aaron Gee committed the shooting, supplying probable cause.

1

## Gunshot victims' statements

- **De Montae Sanders**
    - **At hospital (re suspect):** Said he did not know the suspect's real name but knew him as "J-Money," who sometimes comes to his home; described "J-Money" as wearing a black baseball cap, blue and red flannel jacket, black pants, and red shoes; dark-skinned, bald, with a goatee; believed to be in his 30s; stated he could recognize him again; believed "J-Money" may have mental health issues, is always paranoid, and has "opps." Evidence: statements recorded at the hospital; a similar account was relayed by an officer noting Sanders was heavily medicated when giving the description to a detective.

    - **EMS/medical symptoms and history:** Reported right arm pain from the tourniquet and dizziness; said he was shot by an unknown firearm; reported prior open-heart surgery two months earlier, current meth use, and use of Eliquis.

    - **Status as victim:** Identified as a gunshot victim found at the scene and later treated at the hospital; noted to be alert and available for questioning.

- **Michelle Renee Richardson**
    - **Medical history/symptoms:** Reported alcohol and methamphetamine use that day; stated pain in the upper right shoulder area and back; denied shortness of breath; was very anxious and tearful en route.
    - **Context of injury (medical note):** Reported she was injured from a gunshot wound to the right shoulder while at a party earlier that evening; denied numbness and tingling and other extremity injuries; reported meth use earlier that evening.

    - **Status as victim:** Identified as a gunshot victim found at the scene with a suspected right upper arm/shoulder wound; appeared under the influence of alcohol. An officer did not obtain a statement from her at the hospital and there is no recorded police interview in that portion.